Submitted on record and briefs May 22, reversed
and remanded for trial June 22, 1981

STATE OF OREGON,
*Respondent,*

*v.*

JOHN SCOTT BRIDGER,
*Appellant.*

(No. L70722, CA 19112)

629 P2d 891

Dennis Sarriugarte, Independence, filed the brief for appellant.

Dave Frohnmayer, Attorney General, John R. McCulloch, Jr., Solicitor General, William F. Gary, Deputy Solicitor General, and Jan Peter Londahl, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

**PER CURIAM.**

The state concedes the court erred. We agree.

Reversed and remanded for trial.